JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARILYN ELLIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, PLAN AND PLAN ADMINISTRATOR OF HOAG MEMORIAL HOSPITAL'S EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　　Defendants. | Case No. SACV 12-01052 JVS (VBKx)<br><br>**JUDGMENT**<br><br>[Filed concurrently with Defendant Sun Life Assurance Company of Canada's Request for Entry of Judgment] |

After considering the papers submitted by Defendant Sun Life Assurance Company of Canada:

Defendant Sun Life Assurance Company of Canada's Motion For Summary Judgment was GRANTED. (Doc. 30) There were no triable issues of material fact as to the alleged causes of action asserted in the Complaint against Defendant. Plaintiff failed to demonstrate any facts supporting her cause of action for violation of ERISA. Plaintiff could not maintain her claim for relief pursuant to ERISA, 29 § 1132(a)(1)(B).

1  Accordingly, judgment is hereby entered in favor of Defendant Sun Life
2  Assurance Company of Canada and against Plaintiff Marilyn Ellis on all causes of
3  action in Plaintiff's Complaint.  As the prevailing party, Defendant Sun Life
4  Assurance Company of Canada is awarded costs, and may file a timely cost bill.

6  IT IS SO ORDERED.

9  DATED:   July 18, 2013       _____
             HONORABLE JAMES V. SELNA
             UNITED STATES DISTRICT JUDGE